# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Gunnar James Ebert, | ) | Case No. 1:24-mj-628 |
| | ) | |
| Defendant. | ) | |

On October 10, 2024, Defendant's retained counsel, Katryna Lyn Spearman, filed a notice of appearance on behalf of Defendant. (Doc. No. 12). Attorney Katryna Lyn Spearman is now counsel of record for Defendant. Defendant's court-appointed counsel, Assistant Federal Public Defender Max Rudy, is authorized to withdraw.

**IT IS SO ORDERED.**

Dated this 10th day of October, 2024.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court